Certificate Number: 05781-NYS-DE-041654403

Bankruptcy Case Number: 26-23054

05781-NYS-DE-041654403

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 8, 2026, at 9:20 o'clock PM PST, Wilma Artau-Banda completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Southern District of New York.

Date: November 8, 2026

By: /s/Allison M Geving

Name: Allison M Geving

Title: President